DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PECK

No. 145 PC.

Now No. 12 PA 82.

Case below: 54 N.C. App. 302.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 12 January 1982.

STATE v. PENNELL

No. 123 PC.

Case below: 54 N.C. App. 252.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

STATE v. SIMMONS

No. 50 PC.

Case below: 52 N.C. App. 165.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

STATE v. SMITH

No. 86 PC.

Case below: 53 N.C. App. 809.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

STATE v. SMITH

No. 120 PC.

Case below: 54 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.